No. 682, Misc. CONNOR *v.* ANDERSON, JAIL SUPERINTENDENT, ET AL. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Acting Assistant Attorney General Doar, Harold H. Greene* and *Howard A. Glickstein* for respondents.

No. 714, Misc. BAKER, ALIAS GRAY *v.* UNITED STATES BOARD OF PAROLE. C. A. 5th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Acting Assistant Attorney General Doar* and *Harold H. Greene* for respondent.

No. 723, Misc. WHITT *v.* WEAKLEY, REFORMATORY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Acting Assistant Attorney General Doar, Harold H. Greene* and *David Rubin* for respondent.

No. 745, Misc. CONKLIN *v.* LAVALLEE, WARDEN. C. A. 2d Cir. Certiorari denied. Petitioner *pro se*. *Louis J. Lefkowitz*, Attorney General of New York, *Paxton Blair*, Solicitor General, and *Winifred C. Stanley*, Assistant Attorney General, for respondent.

No. 792, Misc. STANFORD *v.* TAYLOR, WARDEN. C. A. 10th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Acting Assistant Attorney General Doar* and *Harold H. Greene* for respondent.

No. 836, Misc. SIMMONS, AKA HAROLD *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Norman Zolot* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.